UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNADETTE PUJOLS,
   Plaintiff,

v.                                CASE NUMBER: 98-1348 (HL)

Ser Jobs for Progress National, Inc., et al.,
   Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/27/99<br>**Docket #** 75<br>[X] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Request for Extension of Time to Attain New Counsel | **Granted.** Plaintiff shall have until **September 30, 1999**, to retain new counsel and to have that new counsel file an appearance.<br><br>**No further extensions will be granted.** |

Date 9-1-99

HECTOR M. LAFFITTE
Chief U.S. District Judge



| Rec'd: | EOD: |
|---|---|
| By: | |