# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

BERNADETTE PUJOLS,
    Plaintiff,

     v.              **CASE NUMBER:** 98-1348 (HL)

SER JOBS FOR PROGRESS NATIONAL,
INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/30/99<br>**Docket # 81**<br>[X] **Plffs**  [] **Defts**  [] **Other**<br>**Title:** Appearance | Noted. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/30/99<br>**Docket # 82**<br>[X] **Plffs**  [] **Defts**  [] **Other**<br>**Title:** Request for Extension of Time to Oppose Motion for Summary Judgment | **Granted.** Plaintiff shall have until **October 29, 1999**, to file an opposition.<br><br>**No further extensions will be granted.** |

**Date** 10/4/99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| **By:** | # |