UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNADETTE PUJOLS,
   Plaintiff,

v.

SER JOBS FOR PROGRESS NATIONAL,
INC., et al.
   Defendants.

CASE NUMBER: 98-1348 (HL)



| ORDER |
|---|

At the status conference today, the following parties were present: Artemio Rivera for plaintiff Bernadette Pujols, Heber E. Lugo-Rigau and Vivian Nunez for defendant Ser Jobs, Francisco M. Dolz-Sanchez for defendant Angel Jourdan, and Pedro J. Salicrup for defendant Jose Torres. The Court entered the following order:

1) The pretrial and settlement conference set for this date was substituted by today's status conference.

2) The Court **granted** plaintiff until **November 18, 1999**, to oppose defendants' motions for summary judgment.

3) Defendant Jourdan requested and was **granted** until **November 5, 1999**, to file a motion for summary judgment. Plaintiff shall file an opposition to Jourdan's motion by **November 18, 1999**.

Depending on the disposition of the motion for summary judgment, the Court will then set pretrial and trial dates. <u>The above deadlines are firm dates. The Court shall not entertain further extensions.</u>

Date 10/25/99        HECTOR M. LAFFITTE
                                   Chief U.S. District Judge

Rec'd:      EOD:

By:      #