# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols,
    Plaintiff,

    v.

                      **CASE NUMBER:** 98-1348 (HL)

Ser-Jobs for Progress National, Inc., et al.
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/18/99  **Docket #** 90<br>[X] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for Leave to File Exhibits in the Spanish Language | In an order dated July 27, 1999, this Court reminded plaintiff that all motions filed with the Court must be in the English language, or accompanied by a translation at the time of filing. Local Rule 108. On November 18, 1999, plaintiff requested an extension to file translations by December 2, 1999, but has failed to do so. Plaintiff shall file the English translations of Exhibits 1 and 4 to the Opposition to the Motion for Summary Judgment by **March 13, 2000**, or the exhibits shall be stricken from the record. No further extensions shall be granted. |

Date 2/29/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



