UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



BERNADETTE PUJOLS
   Plaintiff

v.

CASE NUMBER: 98-1348 (HL)

SER JOBS FOR PROGRESS NATIONAL INC.,
ET AL.,
   Defendants.

---

## MOTION

**Date Filed:** 3.29.00     **Docket # 97**     [] Plffs   [] Defts   [ ] Other
**Title:** Change of Address

## ORDER

**Granted.** The Clerk of the Court shall notify all pertinent matters to: Artemio Rivera Rivera, Box 360764, San Juan, Puerto Rico 00936-0764 and telephone number 787.758.0167.

Date 5-3-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

