UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols
Plaintiff
v.
SER Jobs, et al.
Defendants

CASE NUMBER: 98-1348 (HL)

### MOTION

Date Filed: 9.03.99    Docket # 78    [] Plffs  [] Defts    [ ] Other
Title: Motion for Leave to File

### ORDER

Granted.

### MOTION

Date Filed: 11.30.99    Docket # 93    [] Plffs  [] Defts    [ ] Other
Title: Motion for Leave to File and Extension of Time

### ORDER

Granted.

### MOTION

Date Filed: 01.13.00    Docket # 94    [] Plffs  [] Defts    [ ] Other
Title: Motion for Leave to File

### ORDER

Granted.

Date 6/8/01

HECTOR M. LAFFITTE
Chief U.S. District Judge


