UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols
Plaintiff

v.                                          CASE NUMBER: 98-1348(HL)

Ser-Jobs for Progress National, Inc., et al.
Defendants

## PARTIAL JUDGMENT

The Court having entered an Opinion and Order, Partial Judgment is hereby entered dismissing with prejudice the Title VII retaliation claims against Ser Jobs and Angel Jourdan. The Title VII individual claim against Jose Torres is dismissed with prejudice.

Date  8/15/00                  HECTOR M. LAFFITTE
                               Chief U.S. District Judge

