UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols,
    Plaintiff

v.

Ser Jobs for Progress National, Inc.
    Defendants

CASE NUMBER: 98-1348 (HL)

| MOTION | | | |
|---|---|---|---|
| Date Filed: 8.28.00   Docket # 105, 106, 107 | [x] Plffs | [x] Defts | [ ] Other |
| Title: Amended Complaint and Opposition thereto | | | |

**ORDER**

Due to plaintiff's lack of specificity regarding the local claims, this Court reserved its decision of whether to exercise supplemental jurisdiction until it had a clear picture of plaintiff's allegations under local law. Plaintiff has amended the complaint pursuant to this Court's order. (Dkt. 102) Having reviewed plaintiff's amended complaint, the Court exercises its broad discretion and dismisses all local claims in the amended complaint without prejudice. See *Wehran Puerto Rico v. Municipality of Arecibo*, 2000 WL 977367; *Vera-Lozano v. Int'l Broadcasting*, 50 F.3d 67, 70 (1st Cir. 1995). The discrepancy which has recently arisen anent individual liability under federal and local discrimination laws persuades the Court not to exercise supplemental jurisdiction. (Compare *Matos Ortiz v. Commonwealth of Puerto Rico*, 103 F.Supp.2d 59 (D.P.R. 2000) and *Rosario Toledo v. Kikuet*, 200 JTS 118).

The only claim remaining for trial is the Title VII sex harassment claim based on the April of 1997 incidents.

Date 8/29/00

HECTOR M. LAFFITTE
Chief U.S. District Judge