# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols,
    Plaintiff

       v.                                   **CASE NUMBER:** 98-1348 (HL)

Ser Jobs for Progress National, Inc.
    Defendants

| MOTION |
|---|
| **Date Filed:** 8.28.00       **Docket # 111, 112**     [x] **Plffs** [x] **Defts** [ ] **Other**<br>**Title:** Motion to Quash Subpoena and Opposition Thereof |

| ORDER |
|---|
| Plaintiff's motion to quash the deposition subpoena of Anabelle Rodriguez is **DENIED**.  Although plaintiff claims undue delay, the record shows that the delay was caused by plaintiff's decision to dismiss her attorney. (Dkt. 62)  Defendant's motion in opposition is **GRANTED**. |

Date  9/14/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

RECEIVED AND FILED
00 SEP 18 AM 11: 08
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

114