UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols
   Plaintiff

v.

**CASE NUMBER:** 98-1348 (HL)

Ser Jobs for Progress National, et al.
   Defendants

| MOTION | | | |
|---|---|---|---|
| **Date Filed:**  Docket # 113 | [ ] Plffs | [ ] Defts | [ ] Other |
| **Title:** Leave to File | | | |
| **ORDER** | | | |
| Granted. | | | |

Date 9/14/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED AND FILED
00 SEP 18 AM 11:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

115 M