UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols,
Plaintiff

v.                                                    CASE NUMBER: 98-1348 (HL)

Ser Jobs for Progress
Defendant

## ORDER

The Court held a Pre-Trial and Settlement Conference in the chambers of the undersigned on September 25, 2000. The Court approved the Joint Proposed Pre-Trial Order with the following modifications: (1) Plaintiff's announced witnesses Dr. Dessie Vega, Dr. Rebecca Cruz and Isabel Soto, as well as Eduardo Figueroa are precluded from testifying at trial as the first three were not timely announced and the fourth did not appear at the deposition; (2) Defendant is precluded from presenting the testimony of Mr. Constantino.

The trial date was set for January 26, 2001 at 9:00 A.M. (Jury Trial).

Date 9/26/00                                          HECTOR M. LAFFITTE
                                                      Chief U.S. District Judge