UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols
   Plaintiff

v.

Ser Jobs for Progress
   Defendant

CASE NUMBER: 98-1348 (HL)

| MOTION |
|---|
| Date Filed:   Docket # 118, 122   [x] Plffs [x] Defts   [ ] Other<br>Title: Continuance of Trial |
| **ORDER** |
| Plaintiff's request for continuance of the trial date is hereby **DENIED**. The trial date is firm. |
| MOTION |
| Date Filed: 10.16.00   Docket # 121   [] Plffs [x] Defts   [ ] Other<br>Title: Leave to File Exhibit in Spanish |
| **ORDER** |
| **GRANTED.** |
| MOTION |
| Date Filed:   Docket # 119, 120   [x] Plffs [x] Defts   [ ] Other<br>Title: Reconsideration of Preclusion of Witnesses |
| **ORDER** |
| Plaintiff's request for reconsideration is hereby **DENIED**. |

Date 10/25/00

HECTOR M. LAFFITTE
Chief U.S. District Judge