UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols
  Plaintiff

v.                                          CASE NUMBER: 98-1348 (HL)

Ser Jobs For Progress
  Defendant

| MOTION |
|---|
| **Date Filed:** 12/08/00     **Docket # 125**     [x] Plffs  [x] Defts     [ ] Other<br>**Title:** Motion for Voluntary Dismissal |
| **ORDER** |
| The present action is hereby dismissed with prejudice pursuant to the parties' motion for voluntary dismissal. |

Date 12/11/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


