UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bernadette Pujols
  Plaintiff

v.                                                           CASE NUMBER: 98-1348 (HL)

Ser Jobs For Progress
  Defendant

| **JUDGMENT** |
|---|
| The Court having dismissed this action, judgment is hereby entered dismissing this case with prejudice. |

Date 12/11/00                HECTOR M. LAFFITTE
                             Chief U.S. District Judge


